IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CAROL THOMPSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

CRIM. NO. 2:03-cr-049(3)
CASE NO. 05-cv-357
JUDGE SARGUS
MAGISTRATE JUDGE ABEL

## OPINION AND ORDER

On January 12, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that all of the claims presented in the instant §2255 petition, with the exception of claim three, be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. Claims one, two, and four of the instant motion to vacate, set aside, or correct sentence are **DISMISSED**.

**IT IS SO ORDERED.**

                                                    3-3-2006
                                EDMUND A. SARGUS, JR.
                                United States District Judge